**No. 55364.**—Wypenn Oil Company, Inc. *v.* United States, protest 134001–K (Seattle).

Opinion by JOHNSON, J.  Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 55365.**—Geo. Wm. Rueff, Inc. *v.* United States, protests 138180–K/12975, etc. (New Orleans).

Opinion by JOHNSON, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55366.**—Koons, Wilson & Company *v.* United States, protests 146560–K and 146561–K (Philadelphia).

Opinion by JOHNSON, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55367.**—International Selling Corp. *v.* United States, protests 148772–K and 148773–K (Los Angeles).

Opinion by JOHNSON, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

MARCH 16, 1951

**No. 55368.**—The British Industries Corp. *v.* United States, protest 142872–K.—

Plaintiff's application for rehearing denied.

BEFORE THE SECOND DIVISION, MARCH 19, 1951

**No. 55369.**—Royal Hickman Industries *v.* United States, petition 6641–R (Memphis).

Opinion by LAWRENCE, J.  At the trial counsel for petitioner requested permission of the court to submit the petition "without prejudice so that the petitioner might refile this petition for remission after final judgment or adjudication by the Court in compliance with Rule Twenty-five of the rules of the Customs Court." The petition was therefore dismissed without prejudice to the right of the importer to file another petition "at any time after final appraisement, but within 60 days after liquidation," as provided in rule 25, Rules of the United States Customs Court.